COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DAVITA EL PASO EAST, L.P. d/b/a DAVITA EAST DIALYSIS, | § | No. 08-12-00162-CV |
| | § | Appeal from |
| Appellant, | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| LUCY FREEMAN, | § | (TC # 2009-4646) |
| Appellee. | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is a joint motion to dispose of the appeal in accordance with the parties' agreement as permitted by TEX.R.APP.P. 42.1(a)(2). The motion is granted. Accordingly, we reverse the judgment of the trial court and remand the cause for entry of an agreed dismissal with prejudice pursuant to the terms of the parties' settlement agreement. Pursuant to the parties' agreement, costs are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

July 31, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.